# EXHIBIT B

Case 1:23-cv-00002-CEA-MJD     Document 24-2     Filed 05/31/23     Page 1 of 7
PageID #: 157



# TASKA® Hand

The TASKA multi-articulating myoelectric hand is a robust, waterproof (submersible) terminal device for users with an active lifestyle. The encoded laterally compliant fingers and high-speed thumb rotation give the user the precision needed for fine manipulation in everyday tasks. Break-away clutches deliver durability and robustness not found in other hands.

Fillauer is the exclusive distributor for TASKA® in the United States, Canada and Scandinavia.

Case 1:23-cv-00002-CEA-MJD    Document 24-2    Filed 05/31/23    Page 2 of 7
PageID #: 158
Exhibit B, Page 1



with Quick Disconnect Wrist



with Low Profile Wrist

◀ ▶



Case 1:23-cv-00002-CEA-MJD     Document 24-2     Filed 05/31/23     Page 3 of 7
PageID #: 159

Exhibit B, Page 2



# TASKA HandGen2 with Quick Disconnect Wrist

Multiple programmable grip patterns provide confident grasp of objects. The industry standard Quick Disconnect wrist provides interchangeability with almost all in-hand controller terminal devices including the ETD and ETD2. Compliant wrist flexion with 3 locking positions is integrated in the system. The TASKA HandGen2 Kit comes with a 2000 mAh battery, magnetic charge port, wall adapter, car adapter and on/off switch.

## Ordering Information

**SIZE**

8 1/4

**SIDE**

Left

**COLOR**

Case 1:23-cv-00002-CEA-MJD     Document 24-2     Filed 05/31/23     Page 4 of 7
PageID #: 160

Exhibit B, Page 3



## GENERATED SKU

TASKA-B2FC21-U1

# Warranty

2 year limited warranty of the Taska Hand and TASKA HandGen2

The Limited Extended Warranty extends the 2-year limited warranty of the TASKA Hand and TASKA HandGen2 against equipment failures resulting from normal use as described in the "Warranty" booklet and "Appropriate Use Guide". 1 year, 2 year or 3 year extended warranties are available for up to 5 years of limited warranty coverage.

## RESOURCES ↓

Stay up to date with new products and accessories.

☐ COAPT/TASKA Prosthetist Manual

☐ Limited Extended Warranty

☐ Quick Start User Guide: Warranty

☐ Spec Sheet

☐ Appropriate Use Guidelines

☐ Demo Request Form

☐ Brochure

☐ Motion Control Online Catalog



SEARCH: [            ]        ↺ Reset     10 documents

| TITLE | LINK |
|---|---|
| CCS and CTF Valves Manual – Danish | View |
| CCS and CTF Valves Manual – Dutch | View |
| CCS and CTF Valves Manual – English | View |
| CCS and CTF Valves Manual – Finnish | View |
| CCS and CTF Valves Manual – French | View |
| CCS and CTF Valves Manual – German | View |
| CCS and CTF Valves Manual – Italian | View |
| CCS and CTF Valves Manual – Norewgian | View |
| CCS and CTF Valves Manual – Spanish | View |
| CCS and CTF Valves Manual – Swedish | View |

SHOW [ 25 ▾ ] PER PAGE    10 documents



2710 Amnicola Highway

Chattanooga, TN 37406

Fillauer Clinic                                    Library

Careers                                            Part Number Finder

Credit Application                                 Warranty

# Learn More

To learn more about Fillauer's prosthetic and orthotic devices, contact us today or visit our product library.

**VIEW LIBRARY**

Copyright © 2010 – 2020 Fillauer LLC

Case 1:23-cv-00002-CEA-MJD       Document 24-2       Filed 05/31/23       Page 7 of 7
PageID #: 163

Exhibit B, Page 6