# EXHIBIT C

# Taska® Hand
# Demo/Loaner Request

**Motion Control**
division of



Motion Control, Inc.
115 N Wright Brothers Dr
Salt Lake City, UT 84116
P. 801.326.3434
F. 801.978.0848
MotionInfo@fillauer.com

Motion Control is the exclusive distributor for the TASKA® Hand in the United States. As with our policy for Motion Control devices, we are willing to send out Demo/Loaner hands to show to patients, for short trial fittings and while a device is in for routine service or repair.

Due to the high demand and cost of the TASKA® Hand, we have a limited inventory of Demo/Loaner Hands. While we will have left and right hands available, we cannot guarantee a specific color. All demo hands will include a standard quick disconnect.

## Shipping Information

| | |
|---|---|
| Prosthetist | PO Number |
| Company/Clinic | |
| Address | |

| | | |
|---|---|---|
| City | State | Zip |

| | |
|---|---|
| Phone | Fax |

| | | |
|---|---|---|
| Email | Start Date | End Date |

Reason for demo unit:     Patient Trial          Repair Loan          Demo

**TASKA® Hand**          Left          Right          First Available          Size 8¼ only

**Color Preference\***          Black          Sand          White     \*We cannot guarantee color choice

**Taska demos and loans are typically for a period of 14 days. Demo availability is not guaranteed. To verify shipping schedule, call Motion Control at 801.326.3434.**

Motion Control will do everything possible to ship the demo hand to arrive by the requested start date. If this is not possible, we will contact you for an alternate date.

The return date of the demo is the date it arrives at Motion Control. Please make sure it arrives no later than that date, and email Leah Thompson with the Tracking Number the day the Hand is shipped back to Motion Control (lthompson@fillauer.com). Late returns will adversely affect other demo requests. Late fees as listed below will apply.

When the TASKA® Hand leaves Motion Control, it is in working order. You are responsible for any damage or repairs required to return the hand to working condition.

Due to the high cost of the TASKA® Hand, we also recommend you do not allow it to leave your office (routine maintenance and repair loaner excluded).

## Agreement

- I agree to pay all shipping costs and to return ship (via expedited, tracked shipping) in time to be received by return date specified above. Loan period will begin on the date I receive the items and continue until the day the items are received back at Motion Control.

- If the Taska® Hand is not received by Motion Control by the return date, I agree to pay late fees at the rate of $100 per business day.

- I accept full responsibility for any loss or damage to the Taska® Hand during the period listed above.

- My signature below, with Purchase Order, constitutes full acceptance of this agreement.

| | |
|---|---|
| Signature | Date |
| Printed Name | |

1910091 Rev C 10-18-2018

Exhibit C, Page 1