# EXHIBIT D



Case 1:23-cv-00002-CEA-MJD   Document 24-4   Filed 05/31/23   Page 2 of 3 PageID #: 167

Exhibit D, Page 1

# The world's only rugged, water-resistant, multi-articulating hand.



## FLEXIBLE FINGERS

The fingers on the Taska hand are flexible and can laterally spread to allow the hand to effectively grip a wide variety of objects firmly.

## CONFIDENT GRIP

Hold things with more confidence. Soft pads between the fingers and on fingertips complement the flexible fingers to provide unparalleled grip security.

## MOTORIZED THUMB ROTATION

High speed thumb rotation mimics the motion of the natural hand and allows nearly instant change of grip pattern.

## THE TASKA® LOW PROFILE WRIST OPTION

A low profile wrist option extends water resistance up the forearm. The LP Wrist also allows for 90° of passive rotation.

## KNUCKLE BREAKAWAY

Knuckles break away under large loads to prevent damage and are user resettable to provide additional robustness.

## GRIP CYCLE BUTTONS

Simple touch-and-go, easy-to-use grip cycle buttons provide access to grips. EMG grip patterns can also be disabled at the touch of a button.

## INTEGRATED FLEXIBLE WRIST

Every model of the Taska hand has a built-in, flexible wrist with three easily lockable positions, as well as center-biased free flexion.





8 ¼



Black          Sand          White



7 ¾

**Motion Control**
division of
***Fillauer.***

801.326.3434

**Exclusive Distributor for U.S and Canada**

www.fillauer.com/taska

U.S. Patent WO2017061879 (A1). The Bluetooth® word mark and logos are registered trademarks owned by the Bluetooth SIG, Inc. © 2019 Motion Control, Inc.