# EXHIBIT E



# TASKA™

## SPECIFICATIONS

Case 1:23-cv-00002-CEA-MJD    Document 24-5    Filed 05/31/23    Page 2 of 5 PageID #: 170

Exhibit E, Page 1

**The TASKA™ device was specifically designed to resolve many of the limitations of multi-articulating hands. This gives it significant practical advantages.**



The design process resulted in a robust waterproof hand that "gives" and "flexes" like a real one. Not only does this mean superior practicality, it also removes much of the cognitive effort previously required to use a multi-articulating hand. A wider range of tasks can be undertaken with easy transition between the full range of indoor and outdoor tasks. It grips with precision and strength.

Here are the four major advantages in the design of the TASKA™ prosthetic hand.

**1** It is the first multi-articulating hand on the market to be IP67 rated for waterproof use.

**2** The knuckle breakaways allow the hand to be overloaded without any damage and in a way that the user can simply reset.

**3** It provides truly practical gripping. The patented laterally compliant "flexible" fingers enable the hand to grip a wider range of objects.

**4** It also performs its gripping actions FAST. The stated grip speeds on the TASKA™ are for real. The TASKA™ hand device has a high thumb rotation speed – in part helped by it not

requiring a glove. In user feedback, the speed of the TASKA™ hand is a standout feature, and the ability to grip confidently is a huge benefit.

TASKA™ simply does things other multi articulating hand devices cannot do. We are excited at what a difference it will make in people's lives. After five years of development we believe it is set to change the industry worldwide.







Exhibit E, Page 2

# TASKA™



## ⑦ KEY FEATURES

**Knuckle Breakaway**

Anti-damage knuckle breakaway, is user resettable to provide additional robustness.

**Grip Cycle Buttons**

Easy to use buttons provide simple access to grips and client diagnostic help

**Low Profile Wrist Option**

A low profile wrist option allows the waterproofing to be extended up the socket. The LP Wrist also allows for 90°deg of mechanical rotation.

**Inbuilt flexible wrist**

Every model of the TASKA™ hand has an inbuilt flexible wrist with three lockable positions as well as center biased free flexion.

**Flexible Fingers**

The fingers on the TASKA™ hand are flexible and can laterally spread to allow the hand to effectively grip a wide variety of objects firmly.

**Superior Grip**

Soft pads between the fingers and on fingertips, complement the flexible fingers to provide unparalleled grip security.

**Motorized thumb rotation**

Mimics the real movement of the hand and improves grip speed.

  

**Do more**

Case 1:23-cv-00002-CEA-MJD    Document 24-5    Filed 05/31/23    Page 4 of 5
PageID #: 172

Exhibit E, Page 3

# TASKA TECHNICAL SPECIFICATIONS

| Parameter | | Value | | |
|---|---|---|---|---|
| Operating voltage | | 7.4V (nominal) | | |
| Max Current | | 5A | | |
| TASKA Battery Capacity | | 2000mAh (2x units of 44mm x 80mm x 7.5mm) | | |
| User resettable Knuckle breakaway[1] | | 3.4Nm per digit | | |
| Maximum digit speed at proximal link | | Finger: 98°/sec | Thumb: 63°/Sec | Thumb Rotator: 180°/Sec |
| Grip force | | Finger 12.5N | | Thumb 22.0N |
| Maximum opening | | 100mm | | |
| Wrist | LP Rotation | 90° | | |
| Wrist | Extension Lock position | 20° Extension | | |
| Wrist | Flexion Lock position | 30° Flexion | | |
| Waterproofing | | IP67 | | |
| Weights | | LP Wrist | 616g | |
| | | QD Wrist | 671g | |

[1] 50 Knuckle breakaways typical use case over product life.

**ORDER CODE** - Example : **"TASKA – B1FB00 – U1"** = 8¼ inch, Right side, Quick Disconnect, Black - Universal Power Adapter Set



| Size | 'B' = 8 ¼ inch | |
|---|---|---|
| Side | '1' = Right | '2' = Left |
| Wrist | 'F' = Quick disconnect | 'C' = Low Profile (Includes both sides and switch block |
| Colour | 'A' = White[2]    'B' = Black | 'C' = Sand[2] |
| Reserved | '0' = Normal | |
| Experimental | '0' = Normal | |
| Pack Country Code | 'U1' = Universal Power Adapter Set | |

[2] Limited edition - Check availability

### QUICK-DISCONNECT shown



Circumference = 8 1/4 inch (209.5mm)

Wrist Flexion/ Extension Line

—109mm—
119mm
171mm
181mm

### BATTERIES

x2 Units: 44mm x 80mm x 7.5mm

**Available in three colour variations:**



Black      Sand      White

# TASKA™
## PROSTHETICS

4/46 Acheron Drive, Christchurch, New Zealand
www.taskaprosthetics.com | support@taskaprosthetics.com

V-02-SEPT-2017