# EXHIBIT F



# Do more

## Appropriate Use Guidelines for the TASKA Hand

The TASKA Hand is waterproof, dustproof, and reasonably durable.

We want you to have the best possible experience when using your TASKA Hand. These guidelines describe:

- appropriate use of the TASKA Hand
- instructions for battery charging
- uses that may invalidate the warranty
- specific activities you might want to do with the TASKA Hand
- safety precautions to avoid damaging the TASKA Hand and harming yourself or others

Please read and follow these guidelines carefully. We are confident that if you follow them, the TASKA Hand will help you to do more, all day and every day. If you are unsure whether a particular activity is appropriate for the TASKA Hand, ask your clinician or contact us at **support@taskaprosthetics.com.**

## Examples of appropriate use

The TASKA Hand can be used for a wide range of activities of daily living (ADL) including, for example:

- Activities that involve getting your hands wet or putting them in water for a short time:
  - washing hands
  - washing dishes
  - washing a vehicle
  - walking in the rain
  - using a garden hose

**Note:** See the "water immersion" section for details on the waterproof properties of the TASKA Hand.

- Activities that involve some hand vibration:
  - using motorized garden tools such as lawn mowers, hedge trimmers, and line trimmers
  - using small or medium electric power tools such as drills, light-duty saws, and angle grinders
  - riding a bicycle on roads
- Activities that place a slight strain on the hand:
  - light garden duties
  - carrying a suitcase

- low-impact workshop activities
- low-intensity sporting activities
- Normal daily activities:
  - eating and drinking
  - picking up small objects with precision
  - shaking hands
  - using electronics such as mobile devices, computer mice, keyboards, and cameras
  - dressing
  - household tasks such as cleaning, vacuuming, ironing, and bedmaking
  - driving a vehicle (see further information on this below)
  - and much more

## Examples of inappropriate use

The TASKA Hand is not designed to be used for activities that involve a lot of vibration, impact, or force to the hand. If you use the TASKA Hand while doing the following activities, you may invalidate the warranty:

- using high-impact tools such as hammers, impact wrenches, or hammer drills
- using heavy-duty machinery such as chain saws and reciprocating saws
- deliberately hitting the hand against hard surfaces
- weightlifting
- high-intensity, adventure, or contact sports

## Limits of use

Using the TASKA Hand outside these limits could cause damage that the warranty will not cover. Please see the TASKA Warranty for further details on the standard warranty.

### Water immersion

The TASKA Hand is rated to IP67.

If the hand is fitted with a "quick disconnect" wrist, do not put it in water above the buttons on the wrist.

If the hand is fitted with a "low-profile" wrist, then you may put both the wrist and the hand under water, so long as it is no deeper than 3 feet (1 metre).

TASKA Prosthetics is not responsible for the waterproofness of the prosthetic socket that the TASKA Hand will be attached to. Please discuss your socket's waterproofness with your clinician.

The outside of the power switch is waterproof. However, if water gets into the socket, it may damage the inside of the switch, batteries, or other electronic parts.

Salt water may discolor the metal parts of the TASKA Hand. If salt water gets on the hand during an activity, wash the hand afterwards with fresh water.

## Temperature

You may use the TASKA Hand within a temperature range of 23°F to 104°F (–5°C to +40°C). Outside this range, the hand might not work correctly, and it could be damaged.

Never expose the batteries to temperatures above 140°F (60°C). We recommend that you store the batteries between 32°F to 86°F (0°C to 30°C).

## Humidity

You may use the TASKA Hand within a humidity range of 15% to 100%. When you are not using or transporting the hand, you must store it somewhere dry (in a humidity range of 15% to 90%).

## Dirt and dust

Fine dust is not able to get into the TASKA Hand, so you may use it in very dirty and dusty places. However, do not let it come into contact with coarse or rough grit such as sand.

If possible, avoid mud, oils, and other kinds of dirt that could stain or discolor the hand. If you need to use the hand in these environments, you should wear a glove or wash the hand as soon as possible afterwards.

## Chemicals

Do not expose the TASKA Hand to corrosive substances such as solvents, acids, alkalis, strong detergents, industrial chemicals, and any substances that are harmful to human skin.

## Washing the TASKA Hand

Only use water, soft soap, or light disinfectant to wash the hand. Harsh chemicals may damage the hand.

 Always wash the TASKA Hand after using it in situations that could make it dirty. Clean the hand before using it to eat, prepare food, or treat injuries.

# Battery care and charging

We have thoroughly tested the TASKA batteries to make sure they are suitable for safe use with the TASKA Hand.

 Only use TASKA or TASKA-certified batteries, chargers, or power switches to power the TASKA Hand or charge TASKA batteries.

Visit **taskaprosthetics.com** for a list of certified batteries, chargers, and power connectors.

## Battery charging

For charging the TASKA batteries, you must use only TASKA-approved battery chargers. These chargers have been qualified for use with the batteries, and have been verified to be compatible with the batteries.

Use of any other type of charger could damage the battery, or shorten its life. Any impairment caused to a battery by use of chargers not approved by TASKA is not covered by warranty.

4

## Battery charging process

To charge the TASKA batteries:

1) Connect the charger to a wall socket for the mains charger, or a 12V vehicle power outlet for the car charger.

2) Connect the magnetic tip of the charger's lead to the charging point on the power switch in your prosthetic socket.

3) The light on the charger will change from green to red to show that charging is in progress.

4) When charging is complete, the light on the charger will return to green.

New batteries on a full charge will power at least 400 grip actions before grip strength  becomes weak.

 Do not wear the TASKA Hand while charging the batteries. The TASKA Hand will not work while it is charging.

## Battery care

If treated correctly, TASKA batteries will provide a long lifetime of excellent performance. Treating the battery well means:

- charge the batteries as often as possible
- charge the batteries before storing them for long periods
- do not let the batteries become completely flat
- replace the batteries every 12 months.

## Battery warnings

⚠ Do not expose the battery to naked flames or temperatures above 140°F (60°C).

⚠ Do not bend, pierce, or damage the case of the battery.

⚠ Do not change or short circuit the battery wires.

⚠ Replace your batteries if you notice that they are:

- leaking chemicals
- noticeably swollen
- unusually hot.

Dispose of batteries according to local regulations.

5

# Notes on special activities

### Driving vehicles

You must obey local regulations when using vehicles, aircraft, sailing vessels or any other form of motorized transport while using the TASKA Hand. Please talk to your clinician for further details.

If you use the TASKA Hand while operating a vehicle:

⚠️ Use a grip that locks the hand into place so that it does not accidentally close on a control.

⚠️ Do not use the TASKA Hand to operate safety-related controls such as a brake.

⚠️ Make sure the battery has enough charge to last the length of the journey.

### Using firearms

⚠️ Do not use the TASKA Hand to operate firearms.

# Safety precautions when using the TASKA Hand

When using the TASKA hand:

⚠️ Contact your clinician if something is wrong with your hand. Do not try to repair or modify the hand yourself.

⚠️ Make sure the hand is turned off when you attach or remove it from the socket.

⚠️ Do not use the TASKA Hand in a way that could cause a safety hazard.

⚠️ Do not rely solely on the TASKA Hand to support your weight.

⚠️ Do not use the TASKA Hand for holding anything that could cause harm if dropped, such as a heavy object, glass, or a hazardous substance.

⚠️ Do not use the TASKA Hand to hold objects weighing more than 20 kg.

⚠️ Use your TASKA Hand carefully to avoid injuring anyone.

⚠️ Use of a prosthetic arm can cause discomfort or irritate the residual limb. Talk to your clinician if your TASKA Hand is causing pain or discomfort.

⚠️ Keep the TASKA Hand away from naked flames or anything hot enough to burn human skin.

⚠️ Do not use the TASKA Hand where a flammable liquid or gas is present.

⚠️ Keep the TASKA Hand clear of any live electrical wiring.

⚠️ Turn off the Bluetooth on the hand when not in use.

# Product technical information

Service lifetimes of the TASKA hand and accessories

| Product | Description | Expected service life |
|---|---|---|
| TASKA-XXXXXX | Myoelectric Controlled Prosthetic hand | 5 years |
| TASKA-B1G1-1 | Pair of rechargable 7.4v 2000mAh Li-Ion batteries | 1 year |
| TASKA-MC-01 | Mains-powered 8.4v battery charger | 5 years |
| TASKA-CC-01 | 12v-powered 8.4v battery charger | 5 years |
| TASKA-BTA-01 | Bluetooth adaptor to connect to PC's USB port | 5 years |
| TASKA-PWR-01 | Power switch and charger connection | 2.5 years |

# Products you may also need

### Sensors

The TASKA Hand may be controlled by inputs from the following types of sensors.

- EMG (Electromyographic) sensors
- FSR (Force Sensing Resistor) sensors
- Pattern Recognition Sensor Arrays

### Wrist connection

Hands with the "quick disconnect" wrist require a "quick disconnect" style wrist connector with an electrical connection.

**Note:** the six-pin type is the most compatible for use with the pattern-recognition input system.

### Compatibility list

Visit **www.taskaprosthetics.com** for an up-to-date list of sensors and wrist connections that are compatible with the TASKA Hand.

# Troubleshooting guide

| Problem | What to do |
|---|---|
| Fault ("!") LED comes on, and the hand stops working | This might mean:<br><br>a) the hand is too hot inside.<br><br>b) there is water inside the hand.<br><br>Turn the hand off, leave it for 5 to 10 minutes, then turn it on again. |
| The fault ("!") light come on repeatedly and the hand stops working. | Contact your clinician, who will help you identify and fix the problem. |
| The battery light flashes every 10 seconds. | The batteries have only 10% power remaining. Recharge the batteries as soon as possible. |
| The battery light is flashing even though the batteries were recently charged. | If you know the batteries are charged but the battery light keeps flashing, check that you are using TASKA batteries. Not using batteries supplied by TASKA is a common cause of this problem.<br><br>You can turn off the low battery light using the HandCal software (see the HandCal user guide). |
| The battery light stays on and the hand stops working. | The batteries have gone flat and need to be recharged. |
| The hand does not respond to control signals. | Make sure the:<br><br>• hand is turned on.<br>• batteries have sufficient charge.<br>• charging point is disconnected from a charger.<br>• hand is connected properly at the wrist.<br>• current grip is not a static grip.<br>• EMG disable function is not active.<br><br>The connections from the sensor(s) may have become loose. To check if this is the case:<br><br>1) Turn on the hand while holding down the EMG trigger button.<br>2) Try to open and close the hand as normal. This should make a light for each sensor flash:<br>  • if one or both of the lights do not flash, there is a problem such as a broken wire.<br>  • if one or both of the lights stay on all the time, the signal is too strong.<br><br>Contact your clinician if the problem continues. |
| The thumb does not line up correctly in the standard grips. | 1) Turn the hand off.<br>2) Make sure the fingers are free to move through their full range of movement.<br>3) Turn the hand on.<br><br>The first finger may be out of place after spreading the fingers widely. You can use your other hand to move this finger back into position. |

| | |
|---|---|
| The battery charge does not last a full day. | Possible reasons :<br><br>• the batteries are not fully charged. A full charge takes four hours.<br>• the batteries have been in use for more than one year.<br>• the "anti-slip" feature is on – this uses a lot of battery. Turn off this feature if you do not need it.<br>• the "Close" signal is being used unnecessarily and is using the battery. Once the hand has closed and has a solid grip on an object, turn off the "Close" signal.<br>• Bluetooth has been left on and is using the battery. Turn off Bluetooth when you do not need it.<br><br>Contact your clinician if the problem continues. |

# Compliance statements

See the website **www.taskaprosthetics.com/compliance** for a full list of compliance statements and declarations.

## TASKA Hand: TASKA-XXXXXX

**General Safety:**

IEC60601-1-1:2012

- Protection against electrical shock – Class II.
- Not suitable for use in the presence of flammable gases.

IEC 60601-1-2:2014

Rated to CISPR 11 (Class B): Suitable for use in a Home Healthcare and Professional Healthcare Facility.

**Protection Rating against ingress of water and dust:**

IP67

**Intentional RF transmitter (Bluetooth RF transmitter):**

Complies with FCC title 47 part 15

Contains Transmitter Module FCC ID: QOQBLE113

Contains Transmitter Module IC: 5123A-BGTBLE113

**FCC RF Radiation Exposure Statement:**

This equipment complies with FCC radiation exposure limits set forth for an uncontrolled environment. End users must follow the specific operating instructions for satisfying RF exposure compliance. This transmitter meets both portable and mobile limits as demonstrated in the RF Exposure Analysis. This transmitter must not be co-located or operate in conjunction with any other antenna or transmitter except in accordance with FCC multi-transmitter product procedures.

**IC Statements:**

This device complies with Industry Canada license-exempt RSS standard(s). Operation is subject to the following two conditions: (1) this device may not cause interference, and (2) this device must accept any interference, including interference that may cause undesired operation of the device.

Under Industry Canada regulations, this radio transmitter may only operate using an antenna of a type and maximum (or lesser) gain approved for the transmitter by Industry Canada. To reduce potential radio interference to other users, the antenna type and its gain should be so chosen that the equivalent isotropically radiated power (e.i.r.p.) is not more than that necessary for successful communication.

**Statements for Radio Equipment Directive:**

Hereby, TASKA Prosthetics Limited declares that the TASKA Hand is in compliance with Directive 2014/53/EU. The full text of the EU declaration of conformity is available at the following internet address:

**www.taskaprosthetics.com/compliance**

Operational frequency band: 2402 to 2480 MHz

Maximum radio-frequency power: 1 dBm

## Mains-powered charger: TASKA-MC-01

Complies with FCC title 47 part 15 subpart B:2014

## Car charger: TASKA-CC-01

Complies with FCC title 47 part 15 subpart B:2014

## Bluetooth adaptor: TASKA-BTA-01

**FCC RF Radiation Exposure Statement:**

Complies with FCC title 47 part 15

This equipment complies with FCC RF radiation exposure limits set forth for an uncontrolled environment.

This device complies with part 15 of the FCC rules. Operation is subject to the following two conditions:

(1) This device may not cause harmful interference, and

(2) This device must accept any interference received, including interference that may cause undesired operation.

**IC Statements:**

This device complies with Industry Canada license-exempt RSS standard(s). Operation is subject to the following two conditions: (1) this device may not cause interference, and (2) this device must accept any interference, including interference that may cause undesired operation of the device.

Under Industry Canada regulations, this radio transmitter may only operate using an antenna of a type and maximum (or lesser) gain approved for the transmitter by Industry Canada. To reduce potential radio interference to other users, the antenna type and its gain should be so chosen that the equivalent isotropically radiated power (e.i.r.p.) is not more than that necessary for successful communication.

**Statements for Radio Equipment Directive:**

Hereby, TASKA Prosthetics Limited declares that the TASKA-BTA-01 is in compliance with Directive 2014/53/EU. The full text of the EU declaration of conformity is available at the following internet address:

**www.taskaprosthetics.com/compliance**

Operational frequency band: 2402 to 2480 MHz

Maximum radio-frequency power: 1 dBm

VERSION 3 NOV 2019

Case 1:23-cv-00002-CEA-MJD     Document 24-6     Filed 05/31/23     Page 7 of 8     Exhibit F, Page 6
PageID #: 180



10 Nelson St, Riccarton, Christchurch 8011, New Zealand.
taskaprosthetics.com | support@taskaprosthetics.com

EMERGO EUROPE
Prinsessegracht 20
2514 AP The Hague
The Netherlands