# EXHIBIT H

# Product Order Form



## FACILITY INFORMATION

| | |
|---|---|
| Clinician name: | |
| Company name: | |
| Shipping address: | |
| Phone: | |
| Email: | |
| Purchase order #: | |

## PATIENT INFORMATION:

| | |
|---|---|
| Trial reference (if applicable): | |
| Insurance provider (if applicable): | |
| History: | ☐ New prosthetic user  ☐ Prosthetic renewal |
| Previous device (if applicable): | |

## PLEASE SPECIFY THE MODEL OF OTHER COMPONENTRY USED IN THE PROSTHESIS (if applicable):

| | | | |
|---|---|---|---|
| Control system: | | Wrist connector/rotator: | |
| Elbow: | | Other: | |



## DIMENSION

| | | 7¾" hand | 8¼" hand |
|---|---|---|---|
| A | Middle finger tip to hand base (fully open) | 179mm | 180mm |
| B1 | Hand base to wrist base (QDW) | 17mm | 17mm |
| B2 | Hand base to wrist base (LPW inc. Lamination Collar) | 12mm | 12mm |
| C | Diameter at wrist | 54mm | 54mm |
| D | Thumb tip to hand base | 123mm | 123mm |
| E | Palm width | 82mm | 88mm |
| F | Palm circumference | 7¾ in (197mm) | 8¼ in (210mm) |

## HAND MODEL
(see table to right for full list of items included with the TASKA Hand)

| | |
|---|---|
| Size: | ☐ 7¾ (medium)  ☐ 8¼ (large) |
| Side: | ☐ Left  ☐ Right |
| Wrist type: | ☐ Quick Disconnect  ☐ Low Profile |
| Colour: | ☐ Black  ☐ White  ☐ Sand |

## INCLUDED IN HAND PACKAGE*
(Quick Disconnect Wrist QDW & Low Profile Wrist LPW)

| | QDW | LPW |
|---|---|---|
| 2000 mAh Battery, Chargers, Power Switch | • | • |
| 2 year standard warranty | • | • |
| Annual service with each year of warranty (inc. ext.) | • | • |
| 2 x Bluetooth adaptors | • | • |
| Replacement Grip Tips and Faceplates | • | • |
| Low Profile Lamination Ring, Switch Block | n/a | • |

## WARRANTY EXTENSION (sold separately)

☐ 1 year  ☐ 2 year  ☐ 3 year

## QUICK DISCONNECT WRIST COMPONENTS (sold separately to TASKA Hand)

| | |
|---|---|
| ☐ QDW Lamination Collar Kit (4-band) | Included in kit: (hand-side) 2 x TASKA Seal Ring (socket-side) TASKA Lamination Collar, Coaxial plug (4-band) |
| ☐ QDW Lamination Collar Kit (6-band) | Included in kit: (hand-side) 2 x TASKA Seal Ring (socket-side) TASKA Lamination Collar, Coaxial plug (6-band) |
| ☐ MC Seal Ring Kit | For waterproof connection to compatible Motion Control electric wrist rotators |


Case 1:23-cv-00002-CEA-MJD    Document 24-8    Filed 05/31/23    Page 1 of 2    PageID #: 188    Exhibit H, Page 1