# EXHIBIT O

America's Favorite Dictionary—Access it Your Way

# The AMERICAN HERITAGE® College dic·tion·ar·y

The Most Up-to-Date, Comprehensive, and Authoritative College Dictionary Available Today

FOURTH EDITION

MC0006332

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Copyright © 2007, 2004, 2002 Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

ISBN-13: 978-0-618-83595-9
ISBN-10: 0-618-83595-4

Visit our website: www.houghtonmifflinbooks.com

The American Heritage college dictionary.-- 4th ed.
    p.cm.
  Based on the fourth ed. of the American Heritage dictionary.
    ISBN 0-618-09848-8 (thumb edge) --
    ISBN 0-618-19604-8 (deluxe binding)
  1. English language--Dictionaries. 2. Americanisms. I Houghton Mifflin Company. II. American Heritage dictionary.

PE1628 .A6227 2002
423--dc21

                              2001039826

Manufactured in the United States of America

MC0006333

bē'-) *n.* The isomeric form of carotene that is widely distributed in nature and most efficiently converted to vitamin A.

**beta cell** *n.* **1.** Any of the insulin-producing cells of the islets of Langerhans in the pancreas. **2.** Any of the basophilic chromophil cells located in the anterior lobe of the pituitary gland.

**beta decay** *n.* Radioactive decay in which a beta particle is emitted by an atomic nucleus.

**be·ta·ine** (bē'tə-ēn', -in) *n.* **1.** An alkaloid, $C_5H_{11}NO_2$, found esp. in sugar beets and used to treat certain metabolic disorders. **2.** Any of several similar alkaloids. [Lat. *beta*, beet + -INE².]

**be·take** (bĭ-tāk') *tr.v.* -took (-tŏŏk'), -tak·en (-tā'kən), -tak·ing, -takes **1.** To make (oneself) move. **2.** *Archaic* To commit.

**be·ta·meth·a·sone** (bā'tə-mĕth'ə-sōn', bē'-) *n.* A synthetic glucocorticoid, $C_{22}H_{29}FO_5$, used as a topical anti-inflammatory agent. [BETA + METH(YL) + (PREDNI)S(OL)ONE.]

**beta particle** *n.* A high-speed electron or positron, esp. one emitted in radioactive decay.

**beta ray** *n.* A stream of beta particles, esp. of electrons.

**be·ta-re·cep·tor** (bā'tə-rĭ-sĕp'tər, bē'-) *n.* A site on a cell in the autonomic nervous system in which inhibitory responses occur when adrenergic agents, such as epinephrine and norepinephrine, are released.

**beta rhythm** *n.* See beta wave.

**beta sheet** *n.* A secondary structure that occurs in many proteins and consists of two or more parallel adjacent polypeptide chains arranged in such a way that hydrogen bonds can form between the chains. Also called *beta pleated sheet, pleated sheet.*

**beta test** *n.* The final stage in the testing of new software before its commercial release. —**be'ta-test'** (bā'tə-tĕst', bē'-) *v.*

**be·ta·tron** (bā'tə-trŏn', bē'-) *n.* A magnetic induction particle accelerator capable of producing high-energy electrons.

**beta wave** *n.* A waveform in electroencephalograms of the adult brain, characteristically of a frequency from 13 to 30 hertz and accompanying an alert or anxious waking state.

**be·tel** (bēt'l) *n.* An evergreen Indo-Malayan climbing or trailing shrub (*Piper betle*) having leaves used to wrap betel nuts. [Port. < Malayalam *vettila, verrila* < Tamil *verṛilai*.]

**Be·tel·geuse** (bēt'l-jōōz', bēt'l-jœz') *n.* A bright-red intrinsic variable star in the constellation Orion. [Fr. *Bételgeuse*, ult. < Ar. *yad al-jawzā'*: *yad*, hand + *al-*, the + *jawzā'*, Gemini (later also Orion).]

**betel nut** also **be·tel·nut** (bēt'l-nŭt') *n.* The seed of the betel palm, chewed with betel leaves and lime as a mild stimulant.

**betel palm** *n.* A tropical Asian feather-leaved palm (*Areca catechu*) cultivated for its seeds.

**bête noire** (bĕt nwär') *n.* One that is particularly disliked or that is to be avoided. [Fr. : *bête*, beast + *noire*, black.]

**beth** (bĕt) *n.* The second letter of the Hebrew alphabet. [Heb. *bēt* < Phoenician *\*bēt*, house. 2nd letter of the Phoenician alphabet.]

**Beth·a·ny** (bĕth'ə-nē) *n.* A village of ancient Palestine at the foot of the Mount of Olives near Jerusalem. According to the Bible, it was the site of the resurrection of Lazarus.

**Be·the** (bā'tə), Hans Albrecht 1906–2005. German-born Amer. physicist who won a 1967 Nobel Prize.

**beth·el** (bĕth'əl) *n.* **1.** A hallowed or holy place. **2a.** A chapel for seafarers. **b.** *Chiefly British* A Nonconformist chapel, esp. a Baptist or Methodist one. [Heb. *bêt 'ēl*, house of God : *bayit*, house + *'ēl*, God.]

**Beth·el** (bĕth'əl, bĕth'ĕl') A town of ancient Palestine N of Jerusalem; now a major archaeological site.

**Be·thes·da** (bə-thĕz'də) An unincorporated city of W-central MD, a suburb of Washington DC. Pop. 55,300.

**be·think** (bĭ-thĭngk') *v.* -thought (-thôt'), -think·ing, -thinks —*tr.* **1.** To make (oneself) consider. **2.** To remind (oneself); remember. —*intr. Archaic* To meditate. [ME *bithinken* < OE *bethencan*.]

**Beth·le·hem** (bĕth'lĭ-bĕm', -lə-əm) **1.** A town in the West Bank S of Jerusalem; traditional birthplace of Jesus. Pop. 29,000. **2.** A city of E PA on the Lehigh R. NNW of Philadelphia. Pop. 71,300.

**Be·thune** (bə-thōōn', -thyōōn'), Mary McLeod 1875–1955. Amer. educator who sought improved racial relations and educational opportunities for African Americans.

**be·tide** (bĭ-tīd') *v.* -tid·ed, -tid·ing, -tides —*tr.* To happen to. —*intr.* To take place; befall. [ME *bitiden* : *bi-*, be- + *tiden*, to happen (< OE *tīdan*; see TIDE².]

**be·times** (bĭ-tīmz') *adv.* **1.** In good time; early. **2.** Once in a while; on occasion. **3.** *Archaic* Quickly; soon. [ME *bitimes* : *bi*, by; see BY¹ + *time*, time; see TIME + -s, adv. suff.; see -S³.]

**bê·tise** (bā-tēz') *n., pl.* -tises (-tēz') **1.** Stupidity; folly. **2.** A stupid or foolish act or remark. [Fr. < *bête*, beast, fool, foolish < OFr. *beste*, beast. See BEAST.]

**Bet·je·man** (bĕch'ə-mən), Sir John 1906–84. British writer and poet laureate (1972–84) whose works include *A Few Late Chrysanthemums* (1955).

**be·to·ken** (bĭ-tō'kən) *tr.v.* -kened, -ken·ing, -kens To be or give a sign or portent of. [ME *bitoknen* : *bi-*, be- + *toknen*, to signify (< OE *tācnian*; see deik- in App.).]

**bet·o·ny** (bĕt'n-ē) *n., pl.* -nies **1.** Any of several plants of the widespread genus *Stachys* in the mint family, esp. *S. officinalis*, native chiefly to Europe and once used in medicine. **2.** The lousewort. [ME < OFr. *betoine* < Med.Lat. *betonia*, both < Lat. *vettonica*, prob. < *Vettones*, an ancient Iberian tribe.]

**be·took** (bĭ-tŏŏk') *v.* Past tense of betake.

**be·tray** (bĭ-trā') *tr.v.* -trayed, -tray·ing, -trays **1a.** To give aid or information to an enemy of; commit treason against. **b.** To deliver into the hands of an enemy in violation of a trust or allegiance. **2.** To be false or disloyal to. **3.** To divulge in a breach of confidence. **4.** To make known unintentionally. **5.** To reveal against one's desire or will. **6.** To lead astray; deceive. See Syns at **deceive**. [ME *bitrayen* : *bi-*, be- + *trayen*, to betray (< OFr. *traïr* < Lat. *trādere*, to hand over; see TRADITION).] —**be·tray'al** *n.* —**be·tray'er** *n.*

**be·troth** (bĭ-trōth', -trôth') *tr.v.* -trothed, -troth·ing, -troths **1.** To promise to give in marriage. **2.** *Archaic* To promise to marry. [ME *bitrouthen* : *bi-*, be- + *treuth*, troth (< OE *trēowth*; see deru- in App.).] —**be·trothed'** (-trōthd', -trôtht') *adj. & n.*

**be·troth·al** (bĭ-trō'thəl, -trô'thəl) *n.* **1.** The act of betrothing or the fact of being betrothed. **2.** A mutual promise to marry.

**bet·ta** (bĕt'ə) *n.* Any of various species of small, brightly colored, long-finned freshwater fishes of the genus *Betta*, found in southeast Asia. [NLat. *Betta*, genus name.]

**bet·ter¹** (bĕt'ər) *adj.* Comparative of **good**. **1.** Greater in excellence or higher in quality than another or others. **2.** More useful, suitable, or desirable than another or others. **3.** More highly skilled or adept than another or others. **4.** Greater or larger: *the better part of an hour.* **5.** More advantageous or favorable; improved. **6.** Healthier or more fit than before. ❖ *adv.* Comparative of **well²**. **1.** In a more excellent way. **2a.** To a greater extent or degree. **b.** To greater advantage; preferably: *better left undone*. See Usage Notes at **best, have, rather**. **3.** More: *better than a year*. ❖ *n.* **1.** One that is greater in excellence or higher in quality. **2.** A superior, as in standing, competence, or intelligence. Often used in the plural. ❖ *v.* -tered, -ter·ing, -ters —*tr.* **1.** To make better; improve. **2.** To surpass or exceed. —*intr.* To become better. —*idioms:* **better off** In a better or more prosperous condition. **for the better** Resulting in or aiming at an improvement. **think better of** To change one's mind about (a course of action) after reconsideration. [ME < OE *betera*.]

**bet·ter²** (bĕt'ər) *n.* Variant of **bettor**.

**better half** *n. Informal* One's spouse. [< *my better half*, the larger part of me, a close friend.]

**bet·ter·ment** (bĕt'ər-mənt) *n.* **1.** An improvement over what has been the case. **2.** *Law* An improvement beyond normal upkeep that adds to the value of real property.

**bet·ter-off** (bĕt'ər-ôf', -ŏf') *adj.* Being in a better or more prosperous condition: *a visit to her better-off relatives*.

**bet·tor** also **bet·ter** (bĕt'ər) *n.* One that bets or places a bet.

==**be·tween** (bĭ-twēn') *prep.* **1a.** In or through the position or interval separating. **b.** Intermediate to, as in quantity, amount, or degree: *between 15 and 20 dollars*. **2.** Connecting spatially.== **3.** Associating or uniting in a reciprocal action or relationship. **4.** In confidence restricted to: *Between you and me, he is not qualified.* **5a.** By the combined effort or effect of. **b.** In the combined ownership of: *a few dollars between them*. **6.** As measured against. ❖ Often used to express a reciprocal relationship: *choose between riding and walking.* ❖ *adv.* In an intermediate space, position, or time; in the interim. —*idioms:* **in between** In an intermediate situation. **in between times** During an intervening period; in the meantime. [ME *bitwene* < OE *betwēonum*. See dwo- in App.] —**between'ness** *n.*

**USAGE NOTE** According to a widely repeated but unjustified tradition, "*between* is used for two and *among* for more than two." It is true that *between* is the only choice when exactly two entities are specified: *the choice between good and evil*. When more than two entities are involved, however, or when the number of entities is unspecified, both words are possible depending on the intended sense: *between* is used when the entities are considered as distinct individuals; *among*, when they are considered as a mass or collectivity. Thus in the sentence *The bomb landed between the houses*, the houses are seen as points that define the boundaries of the area of impact. In *The bomb landed among the houses*, the area of impact is considered to be the general location of the houses, taken together. *Among* is most appropriate to indicate inclusion in a group: *She is among the best of our young sculptors*. *Between* is preferred when the entities are seen as determining the limits or endpoints of a range: *They searched the area between the river, the farmhouse, and the woods.*

**be·tween·brain** (bĭ-twēn'brān') *n.* See diencephalon.

**be·tween·times** (bĭ-twēn'tīmz') *adv.* At or during pauses.

**be·twixt** (bĭ-twĭkst') *adv. & prep.* Between. —*idiom:* **betwixt and between** In an intermediate position. [ME *bitwixt* < OE *betwix*. See dwo- in App.]

**Beu·lah** (byōō'lə) *n.* **1.** The land of Israel in the Bible **2.** The land of peace described in John Bunyan's *Pilgrim's Progress*.

**beurre blanc** (bûr' blängk', bœr blän') *n.* A sauce made with butter, shallots, and vinegar or lemon juice. [Fr. : *beurre*, butter + *blanc*, white, not browned.]

**Beuys** (boiz, bois), Joseph 1921–86. German sculptor and performance artist also known for his political activism.

**BeV** *abbr.* billion electron volts

**BEV** *abbr.* Black English Vernacular



**Mary McLeod Bethune**
c. 1943 portrait by Betsy Graves Reyneau (1888–1964)

Based on Merriam-Webster's Collegiate® Dictionary, Eleventh Edition

# The Merriam-Webster Dictionary ®

**NEW EDITION**

- Helpful guidance on word usage
- Comprehensive coverage
- More than 70,000 definitions

MC0006335



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

*Merriam-Webster*™ is the name you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 2005 by Merriam-Webster, Incorporated

Library of Congress Cataloging in Publication Data

The Merriam-Webster dictionary.
     p. cm.
     ISBN 978-0-87779-636-7 (pbk. : alk. paper)

     1. English language—Dictionaries.   I. Merriam-Webster, Inc.
 PE1628.M353  2005
 423—dc22
                                                              2005001286

All rights reserved. No part of this work covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

14th printing Quad Graphics Fairfield, PA  March 2017

MC0006336

**bête noire** \,bet-'nwär, ,bāt-\ n, pl **bêtes noires** \same or -'nwärz\ [F, lit., black beast] : a person or thing strongly disliked or avoided
**beth·el** \'be-thəl\ n [Heb bêth'ēl house of God] : a place of worship esp. for seamen
**be·think** \bi-'thiŋk\ vb **-thought** \-'thȯt\; **-think·ing** : REMEMBER; also : PONDER
**be·tide** \bi-'tīd\ vb : to happen to
**be·times** \bi-'tīmz\ adv : in good time : EARLY ♦ **Synonyms** SOON, SEASONABLY, TIMELY
**be·to·ken** \bi-'tō-kən\ vb 1 : PRESAGE 2 : to give evidence of ♦ **Synonyms** INDICATE, ATTEST, BESPEAK, TESTIFY
**be·tray** \bi-'trā\ vb 1 : to lead astray; esp : SEDUCE 2 : to deliver to an enemy 3 : ABANDON 4 : to prove unfaithful to 5 : to reveal unintentionally; also : SHOW, INDICATE ♦ **Synonyms** MISLEAD, DELUDE, DECEIVE, BEGUILE — **be·tray·al** n — **be·tray·er** n
**be·troth** \bi-'trōth, -'trȯth\ vb : to promise to marry — **be·troth·al** n
**be·trothed** n : the person to whom one is betrothed
¹**bet·ter** \'be-tər\ adj, comparative of GOOD 1 : greater than half 2 : improved in health 3 : more attractive, favorable, or commendable 4 : more advantageous or effective ⟨a ~ solution⟩ 5 : improved in accuracy or performance
²**better** vb 1 : to make or become better 2 : SURPASS, EXCEL
³**better** adv, comparative of WELL 1 : in a superior manner 2 : to a higher or greater degree; also : MORE
⁴**better** n 1 : something better; also : a superior esp. in merit or rank 2 : ADVANTAGE
⁵**better** verbal auxiliary : had better ⟨you ~ hurry⟩
**better half** n : SPOUSE
**bet·ter·ment** \'be-tər-mənt\ n : IMPROVEMENT
**bet·tor** or **bet·ter** \'be-tər\ n : one that bets
¹**be·tween** \bi-'twēn\ prep 1 : by the common action of ⟨earned $10,000 ~ the two of them⟩ 2 : in the interval separating ⟨an alley ~ two buildings⟩; also : in intermediate relation to 3 : in point of comparison of ⟨choose ~ two cars⟩
²**between** adv : in an intervening space or interval
**be·twixt** \bi-'twikst\ adv or prep : BETWEEN
¹**bev·el** \'be-vəl\ n 1 : a device for adjusting the slant of the surfaces of a piece of work 2 : the angle or slant that one surface or line makes with another when not at right angles
²**bevel** vb **-eled** or **-elled**; **-el·ing** or **-el·ling** 1 : to cut or shape to a bevel 2 : INCLINE, SLANT
**bev·er·age** \'bev-rij\ n : a drinkable liquid
**bevy** \'be-vē\ n, pl **bev·ies** 1 : a large group or collection 2 : a group of animals and esp. quail
**be·wail** \bi-'wāl\ vb : LAMENT ♦ **Synonyms** DEPLORE, BEMOAN, GRIEVE, MOAN, WEEP
**be·ware** \-'wer\ vb : to be on one's guard : be wary of
**be·wil·der** \bi-'wil-dər\ vb : PERPLEX, CONFUSE ♦ **Synonyms** MYSTIFY, DISTRACT, PUZZLE — **be·wil·der·ment** n
**be·witch** \-'wich\ vb 1 : to affect by witchcraft 2 : CHARM, FASCINATE ♦ **Synonyms** ENCHANT, ATTRACT, CAPTIVATE — **be·witch·ment** n
**bey** \'bā\ n 1 : a former Turkish provincial governor 2 : the former native ruler of Tunis or Tunisia
¹**be·yond** \bē-'änd\ adv 1 : FARTHER ⟨extends to the river and ~⟩ 2 : BESIDES
²**beyond** prep 1 : on or to the farther side of 2 : out of the reach or sphere of 3 : BESIDES
**be·zel** \'bē-zəl, 'be-\ n 1 : a rim that holds a transparent covering (as on a watch) 2 : the faceted part of a cut gem that rises above the setting
**bf** abbr boldface
**BG** or **B Gen** abbr brigadier general
**Bh** symbol bohrium
**bhang** \'baŋ\ n [Hindi bhāṅg] : HEMP; also : a mildly intoxicating preparation made from hemp leaves
**Bi** symbol bismuth
**BIA** abbr Bureau of Indian Affairs
**bi·an·nu·al** \(ˌ)bī-'an-yə-wəl\ adj : occurring twice a year — **bi·an·nu·al·ly** adv
¹**bi·as** \'bī-əs\ n 1 : a line diagonal to the grain of a fabric 2 : PREJUDICE, BENT
²**bias** adv : on the bias : DIAGONALLY ⟨cut cloth ~⟩

³**bias** vb **bi·ased** or **bi·assed**; **bi·as·ing** or **bi·as·sing** : PREJUDICE
**bi·ath·lon** \bī-'ath-lən, -ˌlän\ n : a composite athletic contest consisting of cross-country skiing and target shooting with a rifle
¹**bib** \'bib\ n : a cloth or plastic shield tied under the chin to protect the clothes while eating
²**bib** abbr Bible; biblical
**bi·be·lot** \'bē-bə-ˌlō\ n, pl **bibelots** \same or -ˌlōz\ : a small household ornament or decorative object
**bi·ble** \'bī-bəl\ n [ME, fr. OF, fr. ML biblia, fr. Gk, pl. of biblion book, dim. of byblos papyrus, book, fr. Byblos, ancient Phoenician city from which papyrus was exported] 1 cap : the sacred scriptures of Christians comprising the Old and New Testaments 2 cap : the sacred scriptures of Judaism; also : those of some other religion 3 : a publication that is considered authoritative for its subject — **bib·li·cal** \'bi-bli-kəl\ adj
**bib·li·og·ra·phy** \ˌbi-blē-'ä-grə-fē\ n, pl **-phies** 1 : the history or description of writings or publications 2 : a list of writings (as on a subject or of an author) — **bib·li·og·ra·pher** \-fər\ n — **bib·li·o·graph·ic** \-ə-'gra-fik\ also **bib·li·o·graph·i·cal** \-fi-kəl\ adj
**bib·lio·phile** \'bi-blē-ə-ˌfī(-ə)l\ n : a lover of books
**bib·u·lous** \'bi-byə-ləs\ adj 1 : highly absorbent 2 : fond of alcoholic beverages
**bi·cam·er·al** \'bī-'ka-mə-rəl\ adj : having or consisting of two legislative branches
**bicarb** \(ˌ)bī-'kärb, 'bī-\ n : SODIUM BICARBONATE
**bi·car·bon·ate** \(ˌ)bī-'kär-bə-ˌnāt, -nət\ n : an acid carbonate
**bicarbonate of soda** : SODIUM BICARBONATE
**bi·cen·te·na·ry** \ˌbī-sen-'te-nə-rē, bī-'sen-tᵊn-ˌer-ē\ n : BICENTENNIAL — **bicentenary** adj
**bi·cen·ten·ni·al** \ˌbī-sen-'te-nē-əl\ n : a 200th anniversary or its celebration — **bicentennial** adj
**bi·ceps** \'bī-ˌseps\ n, pl **biceps** also **bi·ceps·es** [NL, fr. L, two-headed, fr. bi- two + caput head] : a muscle (as in the front of the upper arm) having two points of origin
¹**bick·er** \'bi-kər\ n : ALTERCATION
²**bicker** vb : to engage in a petty quarrel
**bi·coast·al** \bī-'kōs-tᵊl\ adj : living or working on both the east and west coasts of the U.S.
**bi·con·cave** \ˌbī-(ˌ)kän-'kāv, (ˌ)bī-'kän-ˌkāv\ adj : concave on both sides
**bi·con·vex** \ˌbī-(ˌ)kän-'veks, (ˌ)bī-'kän-ˌveks\ adj : convex on both sides
**bi·cus·pid** \bī-'kəs-pəd\ n : PREMOLAR
¹**bi·cy·cle** \'bī-ˌsi-kəl\ n : a light 2-wheeled vehicle with a saddle, pedals, and handlebars for steering
²**bicycle** vb **-cy·cled**; **-cy·cling** \-ˌsi-k(ə-)liŋ, -ˌsī-\ : to ride a bicycle — **bi·cy·cler** \-k(ə-)lər\ n — **bi·cy·clist** \-k(ə-)list\ n
¹**bid** \'bid\ vb **bade** \'bad, 'bād\ or **bid**; **bid·den** \'bi-dᵊn\ or **bid** also **bade**; **bid·ding** 1 : COMMAND, ORDER 2 : INVITE 3 : to give expression to ⟨bade a tearful farewell⟩ 4 : to make a bid : OFFER — **bid·der** n
²**bid** n 1 : the act of one who bids; also : an offer for something 2 : INVITATION 3 : an announcement in a card game of what a player proposes to accomplish 4 : an attempt to win or gain ⟨a ~ for mayor⟩
**bid·da·ble** \'bi-də-bəl\ adj 1 : OBEDIENT, DOCILE 2 : capable of being bid
**bid·dy** \'bi-dē\ n, pl **biddies** : HEN; also : a young chicken
**bide** \'bīd\ vb **bode** \'bōd\ or **bid·ed**; **bid·ed**; **bid·ing** 1 : to wait for 2 : WAIT, TARRY 3 : DWELL
**bi·det** \bi-'dā\ n : a bathroom fixture used esp. for bathing the external genitals and the anal region
**bi·di·rec·tion·al** \ˌbī-də-'rek-sh(ə-)nəl\ adj : involving, moving, or taking place in two usu. opposite directions — **bi·di·rec·tion·al·ly** adv
**bi·en·ni·al** \bī-'e-nē-əl\ adj 1 : taking place once in two years 2 : lasting two years 3 : producing leaves the first year and fruiting and dying the second year — **biennial** n — **bi·en·ni·al·ly** adv
**bi·en·ni·um** \bī-'e-nē-əm\ n, pl **-niums** or **-nia** \-ə\ [L, fr. bi- two + annus year] : a period of two years
**bier** \'bir\ n : a stand bearing a coffin or corpse
**bi·fo·cal** \'bī-ˌfō-kəl\ adj : having two focal lengths
**bifocals** \-kəlz\ n pl : eyeglasses with lenses that have one

# Webster's New World Dictionary

**Third College Edition**

MC0006353

*Dedicated
to David B. Guralnik
lexicographical mentor
and friend*

Webster's New World Dictionary, Third College Edition

Copyright © 1988 by Simon & Schuster, Inc.

This edition is a major revision of Webster's New World Dictionary, Second College Edition, copyright © 1986 and 1970, 1972, 1974, 1976, 1978, 1979, 1980, 1982, and 1984 by Simon & Schuster, Inc.

All rights reserved
including the right of reproduction
in whole or in part in any form

Published by Webster's New World Dictionaries
A Division of Simon & Schuster, Inc.
Gulf + Western Building
One Gulf + Western Plaza
New York, New York 10023

WEBSTER'S NEW WORLD and colophons are registered trademarks of Simon & Schuster, Inc.

Dictionary Editorial Offices: New World Dictionaries, 850 Euclid Avenue, Cleveland, Ohio 44114

DISTRIBUTED BY PRENTICE HALL TRADE

Database design and creation by Lexi-Comp, Inc., Hudson, Ohio.

The typefaces used are Century Schoolbook and Helvetica.

Manufactured in the United States of America

1  2  3  4  5  6  7  8  9

**Library of Congress Cataloging-in-Publication Data**

Webster's New World dictionary of American English / Victoria E. Neufeldt, editor-in-chief. — 3rd college ed.

   1. English language—Dictionaries.  2. Americanisms—Dictionaries.
 I. Neufeldt, Victoria E.
  PE1628.W5633    1988                        88-1712

ISBN 0-13-947169-3 (thumb-indexed)
    0-13-949280-1 (plain-edged)
    0-13-949314-X (leatherkraft)

MC0006354

**Bet·sy** (bet′sē) a feminine name: see ELIZABETH (the given name)
**bet·ta** (bet′ə) *n.* [ModL] any of a genus (*Betta*) of brightly colored, tropical, freshwater gouramies of SE Asia, esp. an aquarium species (*B. splendens*)
**bet·ter**[1] (bet′ər) *adj.* [ME *bettere, betere* < OE *betera*: see BEST] *compar.* of GOOD  1 of a more excellent sort; surpassing another or others  2 more suitable, more desirable, more favorable, more profitable, etc.  3 being more than half; larger /it cost the *better* part of her pay/  4 improved in health or disposition —*adv.*  1 *compar.* of WELL[2]  2 in a more excellent manner; in a more suitable way  3 in a higher degree; to a greater extent  4 more /it took *better* than an hour/  See also HAD BETTER (below) —*n.*  1 a person superior in authority, position, etc. /obey your *betters*/  2 the thing, condition, circumstance, action, etc. that is more excellent, more suitable, etc.  3 advantage /to get the *better* of a rival/ —*vt.*  1 to outdo; surpass  2 to make better; improve —*vi.* to become better —**better off**  1 in a better situation or condition  2 having more income, wealth, etc. —**for the better** to a better or improved condition —**get** (or **have**) **the better of**  1 to outdo  2 to outwit —**had better** ought to; would be prudent or wise to: also [Colloq.] **better**
**bet·ter**[2] (bet′ər) *n. var. sp.* of BETTOR
**better half** one's spouse; esp., one's wife: a humorous usage
**bet·ter·ment** (-mənt) *n.*  1 a making or being made better; improvement  ☆2 *Law* an improvement that increases the value of property and is more extensive than mere repairs
**bet·tor** (bet′ər) *n.* a person who bets
**Bet·ty** (bet′ē) a feminine name: see ELIZABETH (the given name)
**be·tween** (bē twēn′, bi-) *prep.* [ME *bitwene* < OE *betweonum* < *be*, BY + *tweonum* (dat. of *tweon*); akin to Goth *tweihnai*, by twos, in pairs: for IE base see TWO]  **1 in or through the space that separates (two things)**  2 in or of the time, amount, or degree that separates (two things); intermediate to /*between* blue and green/  **3 that connects or relates to** /a bond *between* friends/  **4 along a course that connects** /the road runs *between* here and there/  5 by the joint action of /*between* them they landed the fish/  6 in or into the combined possession of /they had fifty dollars *between* them/  7 to the exclusion of all but both of /they divided it *between* them/  8 from one or the other of /choose *between* love and duty/  9 because of the combined effect of /*between* work and studies she has no time left/ *Between* is sometimes used where more than two are involved, if the relationship is thought of as of each individually with each of the others /a treaty *between* four powers/ —*adv.*  1 in an intermediate space, position, or function  2 in an intermediate time; in the interval —**between ourselves** in confidence; as a secret: also **between you and me** —**in between**  1 in an intermediate position  2 as an intermediary /an elapsed-time *between*/
**be·tween·brain** (-brān′) *n.* DIENCEPHALON
**be·tween·times** (-tīmz′) *adv.* at intervals Also **between·whiles**′
**be·twixt** (bē twikst′, bi-) *prep., adv.* [ME *bitwix* < OE *betwix* < *be*, BY + a form related to *twegen*, TWAIN; *-t* is unhistoric] between: now archaic except in the phrase **betwixt and between**, in an intermediate position; neither altogether one nor altogether the other
**Beu·lah** (byōō′lə) [Heb *beula*, married]  1 the land of Israel: Isa. 62:4  2 in Bunyan's *Pilgrim's Progress*, a country of peace and rest near the end of life's journey: short for **Land of Beulah**  3 a feminine name
**beurre blanc** (bër blän′) [Fr *beurre* (< L *butyrum*, BUTTER) + *blanc*, white: see BLANK] a creamy sauce, especially for fish and seafood, made with butter, shallots, and lemon juice or vinegar
**BeV** or **Bev** (bev) *n., pl.* **BeV** or **Bev** [*b*(illion) *e*(lectron-) *v*(olts)] a unit of energy used in the U.S., equal to one billion ($10^9$) electron-volts
☆**Bev·a·tron** (bev′ə trän′) [< prec. + *-tron*, as in CYCLOTRON ] the synchrotron at the University of California, Berkeley, used to accelerate protons and other charged particles to an energy level of 6 GeV or more
**bev·el** (bev′əl) *n.* [prob. < OFr *baivel*, dim. < *baif*, gaping: see BAY[2]]  1 a tool consisting of a rule with a movable arm, used in measuring or marking angles and in fixing surfaces at an angle: also **bevel square**  2 an angle other than a right angle  3 sloping part or surface, as the angled edge of plate glass —*adj.* sloped; beveled —*vt.* **-eled** or **-elled, -el·ing** or **-el·ling** —*vi.* to slope at an angle; slant

BEVEL

**bevel gear** a toothed-wheel gear meshed with another so that their shafts are at an angle of less than 180°: see GEAR, illus.
**bev·er·age** (bev′ər ij) *n.* [ME < OFr *bevrage* < *bevre* < L *bibere*, IMBIBE] any liquid for drinking, esp. other than water
**Bev·er·ley** or **Bev·erly** (bev′ər lē) [< ME *bever*, BEAVER[1] + *ley*, LEA[1]] a feminine name
**Beverly Hills** [after Beverly Farms, in Mass.] a city in Calif., surrounded by Los Angeles: pop. 32,000
**bevy** (bev′ē) *n., pl.* **bev′ies** [ME *bevey* < Anglo-Fr *bevée* < OFr, a drinking bout < *bevre*: see BEVERAGE]  1 a group, esp. of girls or women  2 a flock: now chiefly of quail  3 any group or collection —SYN. GROUP
**be·wail** (bē wāl′, bi-) *vt.* [ME *biwailen*: see BE- & WAIL] to wail over or complain about; lament; mourn
**be·ware** (bē wer′, bi-) *vi., vt.* **-wared′, -war′ing** [assoc. with BE-, imper. + WARE[2], but prob. < OE *bewarian*, to keep watch < *warian*, to watch, be wary] to be wary or careful (of); guard (against)
**be·wigged** (bē wigd′, bi-) *adj.* wearing a wig
**be·wil·der** (bē wil′dər, bi-) *vt.* [BE- + WILDER]  1 to confuse hopelessly, as by something complicated or involved; befuddle; puzzle  2 [Archaic] to cause to be lost, as in a wilderness —SYN. PUZZLE —**be·wil′der·ing·ly** *adv.*
**be·wil·der·ment** (-mənt) *n.*  1 the fact or condition of being bewildered  2 a confusion; jumble
**be·witch** (bē wich′, bi-) *vt.* [ME *biwicchen* < BE-, intens. + OE *wiccian* < *wicca*, WITCH ]  1 to use witchcraft on; cast a spell over  2 to attract and delight irresistibly; enchant; fascinate; charm —**be·witch′ing** *adj.* —**be·witch′ing·ly** *adv.*
**be·witch·ment** (-mənt) *n.*  1 power to bewitch  2 a bewitching or being bewitched  3 a spell that bewitches Also **be·witch′er·y** (-ər ē) *pl.* **-er·ies**
**be·wray** (bē rā′) *vt.* [ME *biwreien* < BE-, intens. + OE *wregan*, to inform; akin to Ger *rügen*, to blame] [Archaic] to divulge; reveal; betray
**Bex·ley** (beks′lē) borough of Greater London, England, on the Thames: pop. 218,000
**bey** (bā) *n.* [Turk *bey, beg*] a Turkish title of respect and former rank
**Beyle** (bel), **Ma·rie Hen·ri** (mȧ rē′ än rē′) see STENDHAL
**be·yond** (bē änd′; also, -yänd′) *prep.* [ME *biyonde* < OE *begeondan* < *be*, BY + *geond*, YONDER]  1 on or to the far side of; farther on than; past /*beyond* the river/  2 farther on in time than /*beyond* the visiting hours/  3 outside the reach, possibility, or understanding of /*beyond* help, *beyond* belief/  4 more or better than; exceeding; surpassing /a success *beyond* one's expectations/  5 in addition to /he had no experience *beyond* school training/ —*adv.*  1 farther out; farther away  2 in addition; besides —**the beyond**  1 whatever is beyond or far away  2 whatever follows death; afterlife: often **the great beyond**
**bez·ant** (bez′ənt, bi zant′) *n.* [ME *besant* < OFr < L *Byzantius* (*nummus*), Byzantine (coin)]  1 the solidus, a gold coin issued in Byzantium: see SOLIDUS (sense 1)  2 *Archit., Heraldry* an ornamental flat disk or circular figure representing such a coin
**bez antler** (bez, bāz) [ < OFr *bes-* < L *bis*, twice + ANTLER ] BAY ANTLER
☆**be·zazz** (bi zaz′) *n. var.* of PIZAZZ
**bez·el** (bez′əl) *n.* [ < MFr *besel* (> Fr *biseau* < ? OFr *biais*, BIAS ]  1 a sloping surface, as the cutting edge of a chisel  2 the slanting faces of a cut gem, esp. those of the upper half  3 *a)* the groove and flange holding a gem, watch, crystal, etc. in place  *b)* a movable rim on a watch or clock that can be rotated so that marks on it can indicate certain kinds of data /an elapsed-time *bezel*/
**Bé·ziers** (bā zyā′) city in S France: pop. 78,000
**be·zique** (bə zēk′) *n.* [Fr *bésigue* < ?] a card game resembling pinochle, but using a double deck of 64 cards, two of each card above the six
**be·zoar** (bē′zôr) *n.* [Fr *bézoard* < Sp *bezoar* < Ar *bāzahr* < Pers *pādzahr* < *pād*, protecting (against) + *zahr*, poison] a concretion found in the stomach or intestines of some animals, esp. ruminants, and sometimes humans, formerly thought to be an antidote for poisons
**bf** boldface
**B/F** or **b/f** *Bookkeeping* brought forward
**BFA** or **B.F.A.** Bachelor of Fine Arts
**bg** bag
☆**B-girl** (bē′gurl′) *n.* [short for *bar girl*] a woman employed by a bar to entice men into buying drinks freely
**BHA** [*b*(utylated) *h*(ydroxy)*a*(nisole)] a waxy, white, synthetic antioxidant, $(CH_3)_3CC_6H_3OHOCH_3$, used as a preservative in foods containing fats and oils
**Bha·ga·vad-Gī·ta** (bug′ə vəd gē′tä) [Sans *Bhagavad-gītā*, Song of the Blessed One] a philosophic dialogue that is a sacred Hindu text, found in the *Mahābhārata*, one of the ancient Sanskrit epics
**bhak·ti** (buk′tē) *n.* [Sans *bhakti-*, lit., a share < *bhájati*, (he) distributes < IE base **bhag-*, to allot: see -PHAGOUS ] *Hinduism* personal devotion to one deity
**bhang** (baŋ) *n.* [Hindi < Sans *bhangáh, bhangā*, hemp ] HEMP (sense 1) Also sp. **bang**
**Bha·rat** (bu′rut) *Sans. name of* INDIA (the republic)
**Bhav·na·gar** (bou nug′ər) seaport in Gujarat state, W India, on the Arabian Sea: pop. 308,000: sometimes sp. **Bhau·na·gar**
**Bhn** Brinell hardness number
**Bho·pal** (bō päl′) city in central India; capital of Madhya Pradesh: pop. 672,000
**B-ho·ri·zon** (bē′hə rī′zən) *n.* the second soil zone, in which material leached from the overlying zone is concentrated: see ABC SOIL
**bhp** brake horsepower
**BHT** [*b*(utylated) *h*(ydroxy)*t*(oluene)] a white, synthetic antioxidant, $[C(CH_3)_3]_2CH_3C_6H_2OH$, used as an additive in foods, fuels, rubber, etc.
**Bhu·ba·nes·war** (bōō′bə nesh′wär) city in E India, noted for its Hindu shrines: capital of Orissa: pop. 219,000
**Bhu·tan** (bōō tän′) independent kingdom in the Himalayas, north of the Indian state of Assam: monarchy established in 1907: c. 18,000 mi. (46,620 sq. km); pop. 1,446,000; cap. Thimphu —**Bhu·tan·ese** (bōōt′n ēz′) *pl.* **-ese′,** *adj., n.*
**bi** (bī) *adj.* [Slang] *short for* BISEXUAL
**bi-**[1] (bī) [L *bi-* < OL *dui-* < IE **dwi-* < base **dwo-,* TWO ] *prefix*  1 having two /*biangular, bicapsular*/  2 doubly, on both sides, in two ways or directions /*biconvex, bilingual*/  3 coming, happening, or