**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| VINCENT SYSTEMS GMBH, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Case No. 1:23-cv-2 |
| v. | ) | |
| | ) | Judge Atchley |
| FILLAUER COMPANIES, INC. & | ) | |
| MOTION CONTROL, INC., | ) | Magistrate Judge Dumitru |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

## SCHEDULING ORDER

1. ***Disclosure and Discovery***:

    (a) ***Advice of Counsel***: Each party relying upon advice of counsel as part of a patent-related claim or defense for any reason shall produce or make available for inspection and copying any written advice and documents related thereto on or before **September 2, 2025**. A party who does not comply with this requirement shall not be permitted to rely on advice of counsel for any purpose, absent a stipulation of all parties or by order of the Court.

    (b) ***Final Infringement Contentions***: Each party claiming patent infringement shall serve on all parties Final Infringement Contentions, containing the information required by LPR 3.1, on or before **September 2, 2025**.

    (c) ***Final Non-Infringement Contentions and Final Invalidity and Unenforceability Contentions***: Each party asserting non-infringement, invalidity, or unenforceability of a patent claim shall serve on all other parties Final Non-Infringment Contentions and Final Invalidity and Unenforceability Contentions, containing the information required by LPR 3.3. and 3.5, on or before **September 30, 2025**.

    (d) ***Fact Discovery***: All fact discovery shall be completed by **December 2, 2025**. After that date, the parties may conduct discovery by agreement, but the Court will not involve itself in any disputes that may arise.

    (e) ***Initial Expert Witness Disclosures***: Each party shall make its Initial Expert Witness Disclosures required by Rule 26 of the Federal Rules of Civil Procedure on issues for which it bears the burden of proof on or before **December 30, 2025**.

(f) **_Rebuttal Expert Witness Disclosures_**: Each party shall make its Rebuttal Expert Witness Disclosures required by Rule 26 of the Federal Rules of Civil Procedure on issues for which the opposing party bears the burden of proof on or before **January 27, 2026**.

(g) **_Final Witness List_**: On or before **February 3, 2026**, the parties shall provide to all other parties and file with the court a final witness list in accordance with Rule 26(a)(3)(A)(i). Within five days after service, the final witness list may be supplemented. After that time the list may be supplemented with leave of the Court and for good cause.

(h) **_Expert Discovery_**: All expert discovery shall be completed by **March 3, 2026**. After that date, the parties may conduct discovery by agreement, but the Court will not involve itself in any disputes that may arise.

(i) **_Pretrial Disclosures_**: On or before **July 21, 2026**, the parties shall make the pretrial disclosures specified in Federal Rule of Civil Procedure 26(a)(3)(A)(ii) and (iii). All deposition testimony to be offered into evidence must be disclosed to all other parties on or before this date.

2. **_Other Scheduling Matters_**:

   (a) **_Dispositive Motions_**: All dispositive motions shall be filed as soon as possible, but no later than **March 31, 2026**. The failure to timely file such motions will be grounds to summarily deny them. *Absent extraordinary circumstances, the dispositive motion deadline will not be extended.*

   (b) **Daubert** **_Motions_**: All motions to exclude expert testimony pursuant to Federal Rule of Evidence 702 should be filed as soon as possible, but no later than **March 31, 2026**.

   (c) **_Motions in Limine_**: Any motions in limine must be filed no later than **July 28, 2026**. The Court will not entertain a motion to exclude expert testimony styled as a motion in limine. Any motions to exclude expert testimony pursuant to Federal Rule of Evidence 702 must be filed on or before the *Daubert* motion deadline set forth above.

   Plaintiff(s) and Defendant(s) may each file no more than **three** motions in limine without leave of the Court. Any party seeking an expansion of this limit must file a motion setting forth good cause no later than the motion in limine deadline. Prior to filing any motion in limine, the parties must meet and confer regarding anticipated motions in limine and attempt to resolve any disputes that may arise. All motions in limine must include a certification that the parties have conferred in accordance with this Order.

2

(d) ***Special Requests to Instruct for Jury Trial***: Pursuant to Local Rule 51.1, the parties shall confer and submit a single joint proposal for jury instructions and verdict form to the Court no later than **August 3, 2026**. Before submitting the joint proposal, the parties must attempt to resolve any disagreements. To the extent there are disagreements as to specific instructions that cannot be resolved, the parties should provide competing instructions in their joint proposal. All jury instructions in the joint proposal, including agreed and competing instructions, shall be supported by citation to authority pursuant to Local Rule 7.4. A copy of the proposed jury instructions must be sent to **atchley_chambers@tned.uscourts.gov** as a Microsoft Word document.

3. ***Final Pretrial Conference***: A final pretrial conference will be held in Courtroom 1A on **August 24, 2026**, at **3:00 p.m. ET** at the U.S. Courthouse, 900 Georgia Avenue, Chattanooga, Tennessee. All lawyers who plan to participate in the trial must be present in person at the final pretrial conference.

    (a) ***Final Pretrial Order***: The parties shall submit a final pretrial order to the Court at least **five business days** prior to the final pretrial conference by sending it to **atchley_chambers@tned.uscourts.gov**. A sample copy of the final pretrial order is located on the Court's website at **http://www.tned.uscourts.gov**.

    (b) ***Trial Briefs***: Any trial briefs regarding anticipated evidentiary and legal issues must be filed at least **three business days** before the final pretrial conference.

    (c) ***Exhibits***: Prior to the final pretrial conference, the parties shall meet and confer regarding the authenticity and admissibility of all exhibits they intend to use at trial. At least **five business days** prior to the final pretrial conference, the parties must file an exhibit list with exhibits pre-marked for identification purposes.

    Counsel should be prepared to discuss any objections to a party's exhibit list at the final pretrial conference.

    To the extent disputed exhibits are not otherwise in the record, the parties should be prepared to provide hard copies of the exhibit (or a relevant excerpt) to the Court at the final pretrial conference.

    (d) ***Courtroom Technology***: On or before **August 24, 2026**, the parties shall disclose to one another and to the Court the technology they intend to use in the courtroom during trial and how they intend to use it (*e.g.* display equipment, data storage, retrieval, or presentation devices). This disclosure shall list (1) equipment they intend to bring into the courtroom and (2) Court-supplied equipment they intend to use. The parties shall confirm the compatibility and viability of their planned use of technology with the Court's equipment. General information regarding equipment supplied by the Court is available on the Court's website; specific questions should be directed to courtroom deputy Allison Laster at **allison_laster@tned.uscourts.gov**.

4.  *Trial*: The trial of this case will be held in Chattanooga, Tennessee, before the United States District Judge (**and a jury**) beginning on **September 8, 2026**, at **9:00 a.m. ET**. If this case is not heard immediately, it will be held in line until the following day or anytime during the week of the scheduled trial date.

**SHOULD THE SCHEDULED TRIAL DATE CHANGE FOR ANY REASON, THE OTHER DATES CONTAINED IN THIS ORDER SHALL REMAIN AS SCHEDULED. ANY FURTHER MODIFICATION OF THE DATES HEREIN MUST BE SOUGHT BY A MOTION TO MODIFY THOSE DATES/ DEADLINES.**[1]

SO ORDERED.

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

---

[1] Due to the demands of the Court's docket, all civil trials and pretrial hearings are conducted in Chattanooga, Tennessee. The Court will entertain a motion to conduct trial in another division of this Court upon a showing of good cause by the parties. Any such motions must be filed **after the dispositive motions deadline but no later than four weeks before the final pretrial conference**, and the grant or denial of the same rests in the Court's discretion.