IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| VINCENT SYSTEMS GMBH,<br><br>    *Plaintiff,*<br>v.<br><br>FILLAUER COMPANIES, INC. and<br>MOTION CONTROL, INC.,<br><br>    *Defendants.* | Case No: 1:23-cv-00002-CEA-MJD |

## STIPULATION

Defendant Fillauer Companies, Inc. ("Fillauer") hereby stipulates that documents bearing bates numbers MC0010063-MC0010217 and MC0010260-MC0010270 were obtained from drives or databases maintained by Fillauer, or publicly available sources such as social media posts, that were shared with Motion Control. Fillauer further stipulates to, and agrees not to challenge, the authenticity of these documents. This Stipulation shall not be construed to mean that documents within the given bates range were necessarily created by Fillauer, nor does this Stipulation mean that any other bates number affixed to documents produced in this case is an indication of file source.

Date: December 3, 2025

                                                      Respectfully submitted,

                                                      By:    /s/ *John G. Jackson*
                                                              John G. Jackson, BPR #013840
                                                              John Grayson Chambers, BPR #035963
                                                    CHAMBLISS, BAHNER & STOPHEL, P.C.
                                                    Liberty Tower
                                                    605 Chestnut Street, Suite 1700
                                                    Chattanooga, TN  37450
                                                    Telephone: (423) 757-0246
                                                    Facsimile: (423) 508-0246
                                                    Email: jjackson@chamblisslaw.com
                                                    *Attorneys for Defendant Fillauer Companies, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 3, 2025, I caused the foregoing to be filed electronically with the Clerk of the Court, and therefore served upon all counsel of record.

*/s/John G. Jackson*
John G. Jackson
