# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### CHATTANOOGA DIVISION

VINCENT SYSTEMS GMBH,

      Plaintiff,

      v.

FILLAUER COMPANIES, INC. and
MOTION CONTROL, INC.,

      Defendants.

Case No: 1:23-cv-00002-CEA-MJD

**PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE TRIAL DATE PURSUANT TO RULE 38.2 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AND MODIFY SCHEDULING ORDER PURSUANT TO RULE 16(b)(4) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Comes Plaintiff, Vincent Systems GMBH ("Vincent"), through counsel, and, pursuant to Rule 38.2 of the Local Rules of the United States District Court for the Eastern District of Tennessee ("Local Rules") and Rule 16(b)(4) of the Federal Rules of Civil Procedure, respectfully requests that this Honorable Court (i) continue, for a period of not less than sixty (60) days, the trial date currently set to commence on September 8, 2026 per the Scheduling Order dated July 10, 2025 (Doc. 137) ("Scheduling Order"); and (ii) modify the relevant deadlines and scheduled proceedings in the Scheduling Order (e.g., the August 24, 2026 final pretrial conference) correspondingly.

As grounds for this request, Vincent states that its lead counsel, Jennifer Seraphine, has unexpectedly and emergently been required to address a serious family medical issue[1] that will prevent her travel away from home in the San Francisco Bay Area for the trial and pretrial conference as scheduled.  (*See* Ex. A (Decl. of Jennifer Seraphine Pursuant to 28 U.S.C. § 1746) ("Seraphine Decl.") ¶ 3.)  Vincent further states that it has corresponded with Defendants Fillauer Companies, Inc. and Motion Control, Inc., and they do not oppose the instant request.  (*Id.* ¶ 5.)

Vincent respectfully submits that the instant request is supported by good cause under both Local Rule 38.2 and Federal Rule of Civil Procedure 16(b)(4).

Dated: July 31, 2026                              Respectfully submitted,

/s/    *Jennifer Seraphine*
Jennifer Seraphine (*admitted pro hac vice*)
Keeley Vega (*admitted pro hac vice*)
Bethany Bengfort (*admitted pro hac vice*)
Jacob Zweig (*admitted pro hac vice*)
Alexander Krois (*admitted pro hac vice*)
THOMPSON HINE LLP
155 Bovet Road, Suite 600
San Mateo, California 94402
Tel.: 650-521-5930
Email: jennifer.seraphine@thompsonhine.com
Email: keeley.vega@thompsonhine.com
Email: bethany.bengfort@thompsonhine.com
Email: jacob.zweig@thompsonhine.com
Email: alexander.krois@thompsonhine.com

Arthur P. Brock, BPR No. 014189
Joseph Alan Jackson II, BPR No. 030203
SPEARS, MOORE, REBMAN & WILLIAMS, P.C.
601 Market Street, Suite 400
P.O. Box 1749
Chattanooga, TN 37402-1749

---

[1] Ms. Seraphine will provide any additional information the Court may require about the above-referenced medical issue but, given the privacy implications, would respectfully request to provide that information to a Court through a teleconference or under seal.  (Seraphine Decl. ¶ 4.)

Tel: (423) 756-7000
Email: apb@smrw.com
Email: jaj@smrw.com

*Attorneys for Plaintiff Vincent Systems GmbH*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 31st of July 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

By: */s/ Jennifer Seraphine*