**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

VINCENT SYSTEMS GMBH,

      Plaintiff,

  v.

FILLAUER COMPANIES, INC. and
MOTION CONTROL, INC.,

      Defendants.

Case No: 1:23-cv-00002-CEA-MJD

## DECLARATION OF JENNIFER SERAPHINE PURSUANT TO 28 U.S.C. § 1746

1. My name is Jennifer Seraphine, and I am a resident of Marin County, California.

2. I am an attorney licensed to practice law in California, the District of Columbia, Florida, and New York. I have been admitted before this Court *pro hac vice* in the above-captioned lawsuit, in which I serve as lead counsel for Plaintiff, Vincent Systems GMBH.

3. I have unexpectedly been required to address a serious family medical issue that will prevent my travel away from my home in the San Francisco Bay Area for the trial and pretrial conference as scheduled.

4. I will provide any additional information the Court may require about the above-referenced medical issue but, given concerns about privacy, would respectfully request that the Court permit me to provide that information in a teleconference or under seal.

5. I have communicated with counsel for Defendants, and they do not oppose this request.

6. I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED THIS 31st DAY OF JULY 2026.

                                  *__/s/ Jennifer Seraphine*
                                Jennifer Seraphine, Esq.