## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | | |
|---|---|---|
| VINCENT SYSTEMS GMBH, | ) | |
| | ) | Case No. 1:23-cv-2 |
| *Plaintiff*, | ) | |
| | ) | Judge Atchley |
| v. | ) | |
| | ) | Magistrate Judge Dumitru |
| FILLAUER COMPANIES, INC. and | ) | |
| MOTION CONTROL, INC., | ) | |
| | ) | |
| *Defendants*. | ) | |

## ORDER

Before the Court is Plaintiff's Unopposed Motion to Continue Trial Date. [Doc. 319]. The Court will hold a telephonic hearing with counsel from all parties regarding the motion on **August 7, 2026, at 12:00 p.m. EASTERN TIME**. **The dial-in number for the conference is 865-351-1313 and the access code is 269 079 722.**

Counsel for Plaintiff should be prepared to discuss why a continuance is warranted in light of the age of this case and the rapidly approaching trial date.

**SO ORDERED.**

/s/ *Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**