**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| VINCENT SYSTEMS GMBH, | ) | |
| | ) | Case No. 1:23-cv-2 |
| *Plaintiff*, | ) | |
| | ) | Judge Atchley |
| v. | ) | |
| | ) | Magistrate Judge Dumitru |
| FILLAUER COMPANIES, INC. and | ) | |
| MOTION CONTROL, INC., | ) | |
| | ) | |
| *Defendants*. | ) | |

## SECOND AMENDED SCHEDULING ORDER

Before the Court is Plaintiff's Unopposed Motion to Continue Trial Date. [Doc. 319]. In light of the lack of opposition and for the reasons put forth by Plaintiff's counsel, the Court finds good cause to **GRANT** the Motion [Doc. 319]. This Second Amended Scheduling Order **REPLACES** and **SUPPLANTS** the prior Scheduling Order [Doc. 279] entered in this case as to all unexpired deadlines and outstanding requirements. Unless a new date is provided by this Order, deadlines that expired prior to the entry of this Order remain expired.

1. ***Final Pretrial Conference***: A final pretrial conference will be held on **November 16, 2026**, at **10:30 a.m. ET** at the U.S. Courthouse, Knoxville, Tennessee. All lawyers who plan to participate in the trial must be present in person at the final pretrial conference.

    (a) ***Final Pretrial Order***: The parties shall submit a final pretrial order to the Court on or before **November 6, 2026**, by sending it to atchley_chambers@tned.uscourts.gov. A sample copy of the final pretrial order is located on the Court's website at http://www.tned.uscourts.gov.

    (b) ***Trial Briefs***: Any trial briefs regarding anticipated evidentiary and legal issues must be filed on or before **November 6, 2026**.

    (c) ***Exhibits***: Prior to the final pretrial conference, the parties shall meet and confer regarding the authenticity and admissibility of all exhibits they intend to use at trial. On or before **November 6, 2026**, the parties must file an exhibit list with exhibits pre-marked for identification purposes.

Counsel should be prepared to discuss any objections to a party's exhibit list at the final pretrial conference.

(d) ***Courtroom Technology***: On or before **November 16, 2026**, the parties shall disclose to one another and to the Court the technology they intend to use in the courtroom during trial and how they intend to use it (*e.g.* display equipment, data storage, retrieval, or presentation devices). This disclosure shall list (1) equipment they intend to bring into the courtroom and (2) Court-supplied equipment they intend to use. The parties shall confirm the compatibility and viability of their planned use of technology with the Court's equipment. General information regarding equipment supplied by the Court is available on the Court's website; specific questions should be directed to courtroom deputy Allison Laster at **allison_laster@tned.uscourts.gov**.

2. ***Trial***: The trial of this case will be held in Chattanooga, Tennessee, before the United States District Judge **and a jury** beginning on **December 8, 2026**, at **10:00 a.m**. **ET**. The trial is expected to last **5 days**. If this case is not heard immediately, it will be held in line until the following day or anytime during the week of the scheduled trial date.

**SHOULD THE SCHEDULED TRIAL DATE CHANGE FOR ANY REASON, THE OTHER DATES CONTAINED IN THIS ORDER SHALL REMAIN AS SCHEDULED. ANY FURTHER MODIFICATION OF THE DATES HEREIN MUST BE SOUGHT BY A MOTION TO MODIFY THOSE DATES/ DEADLINES.**

SO ORDERED.

/s/ *Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**