**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| VINCENT SYSTEMS GMBH,<br><br>Plaintiff,<br><br>v.<br><br>FILLAUER COMPANIES, INC. and<br>MOTION CONTROL, INC.,<br><br>Defendants. | ) | Case No. 1:23-cv-00002-CEA-SKL |

**JOINT NOTICE REGARDING DATE SET FOR MEDIATION**

Pursuant to the Court's Order (Doc. 355) the parties hereby jointly provide notice that the date set for mediation is October 30, 2026 at 10:00 a.m. with the Honorable Christopher H. Steger, United States Magistrate Judge.

Dated: October 20, 2026

Respectfully submitted,

/s/ *Keeley I. Vega*
Jennifer Seraphine (*admitted pro hac vice*)
Keeley I. Vega (*admitted pro hac vice*)
Bethany Bengfort (*admitted pro hac vice*)
Jacob Zweig (*admitted pro hac vice*)
Alexander Krois (*admitted pro hac vice*)
THOMPSON HINE LLP
155 Bovet Road, Suite 600
San Mateo, California 94402
Tel.: 650-521-5930
Email: jennifer.seraphine@thompsonhine.com
Email: keeley.vega@thompsonhine.com
Email: bethany.bengfort@thompsonhine.com
Email: jacob.zweig@thompsonhine.com
Email: alexander.krois@thompsonhine.com

Arthur P. Brock, BPR No. 014189
Joseph Alan Jackson II, BPR No. 030203
SPEARS, MOORE, REBMAN & WILLIAMS, P.C.
601 Market Street, Suite 400
P.O. Box 1749
Chattanooga, TN 37402-1749
Tel: (423) 756-7000
Email: apb@smrw.com
Email: jaj@smrw.com

*Attorneys for Plaintiff Vincent Systems GmbH*

Dated: October 20, 2026

/s/ *Rudolph A. Telscher Jr*

Rudolph A. Telscher Jr. (admitted pro hac vice)
Daisy Manning (admitted pro hac vice)
Kara R. Fussner (admitted pro hac vice)
Samantha R. Sweet (admitted pro hac vice)
HUSCH BLACKWELL LLP
8001 Forsyth Blvd., Suite 1500
St. Louis, MO63105
rudy.telscher@huschblackwell.com
daisy.manning@huschblackwell.com
kara.fussner@huschblackwell.com
samantha.sweet@huschblackwell.com

Attorneys for *Defendant Motion Control, Inc.*

John G. Jackson, BPR #013840
CHAMBLISS, BAHNER & STOPHEL P.C.
Liberty Tower
605 Chestnut Street, Suite 1700
Chattanooga, TN 37450
(423) 757-0240
jjackson@chamblisslaw.com

*Attorneys for Defendants Motion Control, Inc. and Fillauer Companies, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2026, I caused the foregoing to be filed electronically with the Clerk of the Court, and therefore served upon all counsel of record.

*/s/ Jeff Ball*
Jeff Ball